IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| GEICO MARINE INSURANCE COMPANY | | PLAINTIFF |
| v. | CASE NO. 3:21-CV-00085-BSM | |
| KENDRA WALKER | | DEFENDANT |

## ORDER

Geico Marine Insurance Company moved for a default judgment against defendant Kendra Walker, *see* Doc. No. 6. A clerk's default was entered. Doc. No. 7. Based on the evidence submitted with the request, judgment is entered in favor of Geico and against Walker. A hearing will be conducted to determine damages.

IT IS SO ORDERED this 6th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE