IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GEICO MARINE                                                                              PLAINTIFF
INSURANCE COMPANY

v.                              CASE NO. 3:21-CV-00085-BSM

KENDRA WALKER                                                                            DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 25th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE